# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | 8:14CR296 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | ORDER |
| | ) | |
| **PERSEPHONE NGUYEN,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the court on the request of the Federal Public Defender for the Court to authorize Dennis G. Whelan, as a Criminal Justice Act Training Panel Member, to assist in the defense of Persephone Nguyen.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Dennis G. Whelan is hereby assigned to assist James M. Davis in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Dennis G. Whelan shall not be eligible to receive compensation for his services in this case.

James M. Davis shall continue to be primary counsel on behalf of the Defendant, Persephone Nguyen.

A copy of this order shall be provided to the office of the Federal Public Defender.

Dated this 29th day of August, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge