**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PERSEPHONE NGUYEN and<br>KRISTEL A. SCHLEIGH,<br><br>　　　　　Defendants. | 8:14CR296<br><br>PRELIMINARY ORDER OF FORFEITURE |

　　　This matter comes on before the Court upon the United States' Motion for Issuance of Preliminary Order of Forfeiture (Filing No. 59). The Court has reviewed the record in this case and, being duly advised in the premises, finds as follows:

　　　1. The Defendant, Schleigh has entered into a Plea Agreement (Filing No. 53), pleading to Count I of the Information and the Forfeiture Allegation of said Indictment. Defendant, Nguyen has pled guilty to Counts I, II, and III of the Indictment and admitted to the forfeiture allegation. The Forfeiture Allegation charged the Defendants with using $116, 540.00 in United States currency to facilitate the commission of the conspiracy and that said currency was derived from proceeds obtained directly or indirectly as a result of the commission of the conspiracy.

　　　2. By virtue of said plea of guilty, the Defendants forfeit their interests in the subject currency, and the United States should be entitled to possession of said currency, pursuant to 21 U.S.C. § 853.

3. The United States' Motion for Issuance of Preliminary Order of Forfeiture should be granted. Accordingly,

IT IS ORDERED:

A. The United States' Motion for Issuance of Preliminary Order of Forfeiture (Filing No. 59) is hereby granted.

B. Based upon the Forfeiture Allegation of the Indictment and the Defendants' pleas of guilty, the United States is hereby authorized to seize the $116,540.00 in United States currency.

C. The Defendants' interests in the $116,540.00 in United States currency are hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

D. The aforementioned currency is to be held by the United States in its secure custody and control.

E. Pursuant to 21 U.S.C. § 853(n)(1), the United States forthwith shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Order, Notice of Publication evidencing the United States' intent to dispose of the currency in such manner as the Attorney General may direct, and notice that any person, other than the Defendants, having or claiming a legal interest in any of the subject currency must file a Petition with the court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

F. Said published notice shall state the Petition referred to in Paragraph E, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the

currency, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title or interest in the subject currency and any additional facts supporting the Petitioner's claim and the relief sought.

G. The United States may also, to the extent practicable, provide direct written notice to any person known to have an interest in the currency subject to this Order as a substitute for published notice as to those persons so notified.

H. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 28th day of May, 2015

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge